478 A.2d 124

Commonwealth v. Whitley, Appellant.
Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Submitted May 18, 1984. John H. Corbett, Jr., Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.